ACCEPTED
15-24-00066-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/27/2025 2:14 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-24-00066-CV

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/27/2025 2:14:16 PM
CHRISTOPHER A. PRINE
Clerk

**RICHARD MARK DUDLEY AND DEANIE PALMER DUDLEY v. TEXAS MUNICIPAL POWER AGENCY**

ON APPEAL FROM THE
272nd DISTRICT COURT
BRAZOS COUNTY, TEXAS
CAUSE NO. 18-001737-CV-272

**APPELLANTS RICHARD MARK DUDLEY AND DEANIE PALMER DUDLEY'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' REPLY BRIEF**

COMES NOW, RICHARD MARK DUDLEY and DEANIE PALMER DUDLEY, Appellants, and file this Unopposed Second Motion for Extension of Time to File Appellants' Reply Brief and would respectfully show unto the Court the following:

### I. Present Deadline

The current deadline to file the Appellants' Reply Brief is January 27, 2025.

1

## II. Length of Extension Sought

Appellants request a 2-day extension to file their Reply Brief, from Monday, January 27, 2025 to Wednesday, January 29, 2025.

## III. Number of Previous Extensions Granted

This is the second extension that Appellants have requested with respect to their Appellants' Reply Brief. Appellants previously received one 29-day extension to file their Appellants' Brief and one 21-day extension to file their reply brief. Appellee previously received four extensions to file their Appellee's Brief (for a combined 70-day extension).

## IV. Facts Explaining Needed Extension

Additionally, Appellants' counsel has been engaged in or has scheduled, among other things, the following matters necessitating an extension to the requested January 29 date:

- Response due on January 6, 2025 for motion for partial summary judgment in Cause No. 23-000937-CV-472; *William Marden v. Serenity Roofing & Construction, Inc.*, In the 472nd District Court, Brazos County, Texas, with a hearing set on that motion for January 13, 2025;

- Discovery responses due on January 9, 2025 in Cause No. 24-002423-CVD-472; *In the Matter of the Marriage of Amy Claire Stivers and Scott Stivers and in the Interest of C.E.S., a Child*; In the 472nd District Court, Brazos County, Texas.

- Preparation for and attendance at a hearing on January 9, 2025 in Cause No. 8371; *In the Estate of Francis Dickman*; In the County Court of Robertson County, Texas.

- Preparation for and attendance at a bench trial on January 14, 2025 in Cause No. 23-002152-CV-472 *In the Interest of ASB, a Child*; In the District Court, Brazos County, Texas;

- Drafting Appellant's Brief in Case No. 10-24-00225-CV; *Dudley Construction, Ltd. v. Cross Roads Concrete Services, Inc.*; in the Tenth Court of Appeals, Waco, Texas.

- Preparation for and attendance at mediation on January 17, 2025 in Cause No. 24-002423-CVD-472; *In the Matter of the Marriage of Amy Claire Stivers and Scott Stivers and in the Interest of C.E.S., a Child*; In the 472nd District Court, Brazos County, Texas.

- Preparation of discovery responses and expert disclosures in a complex family law matter due on January 28, 2025, in Cause No. 15-003100-CVD-272; *In the Interest of RLB and RCB, Children*; In the 272nd District Court, Brazos County, Texas;

- Preparation of discovery supplementation and court-ordered disclosures on January 24 and January 27, 2025 in Cause No. 23-000937-CV-472; *William Marden as Trustee of Marden Family Revocable Living Trust v. Serenity Roofing & Construction, Inc.*; In the 472nd District Court, Brazos County, Texas.

Accordingly, in light of the foregoing, Appellants' counsel requires more time to prepare their reply brief. This request is not made for improper purposes of delay but so that justice may be done. This Court has provided notice that this case is set for submission on Wednesday, February 19, 2025. The requested extension will not affect that submission date or otherwise cause a delay.

3

## V. Authority to Grant Extension of Time

The Court may grant an extension of time to file an appellate brief under the authority of Texas Rule of Appellate Procedure 38.6(d). This motion is filed within the deadline to file a motion to extend time to file Appellants' Reply Brief as required by Rule 38.6(d) of the Texas Rules of Appellate Procedure.

## CONCLUSION

The Court should extend the time for filing Appellants' Reply Brief for a two day extension to Wednesday, January 29, 2025 to allow sufficient time for Appellants' attorney to prepare the reply brief.

## PRAYER

For these reasons, Appellants request that this Court issue an order as follows:

1. Extend the time for filing Appellants' reply brief for two (2) days, until Wednesday, January 29, 2025.

Respectfully submitted,

THE SWEARINGEN LAW FIRM
ROBERT A. SWEARINGEN, P.C.


By: /s/Robert A. Swearingen
   Robert A. Swearingen
   State Bar Number 19563050
   Byron D. Thompson
   State Bar Number 24051698
   3002 Texas Avenue South
   College Station, Texas 77845-5048
   (979) 680-9993 ~ Telephone
   (979) 680-9991 ~ Facsimile
   Robert@swearingenlaw.com

   ATTORNEY FOR APPELLANTS
   RICHARD MARK DUDLEY
   DEANIE PALMER DUDLEY


## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Frederick D. Junkin, attorney for Appellee Texas Municipal Power Agency, via email on January 27, 2025, Mr. Junkin stated in an email response on that date that Appellee was unopposed to the relief sought in this motion.


   /s/ Byron D. Thompson
   BYRON D. THOMPSON

## CERTIFICATE OF SERVICE

I certify that on January 27, 2025, I served a copy of this document, Appellants Richard Mark Dudley and Deanie Palmer Dudley's Unopposed Second Motion for Extension of Time to File Appellants' Reply Brief, on the following lead counsel for all parties to the trial court's Judgment, who are listed below, by electronic service and that the electronic transmission was reported as complete. My e-mail address is robert@swearingenlaw.com

Frederick D. Junkin
State Bar No. 11058030
fred.junkin@phelps.com
Phelps Dunbar LLP
910 Louisiana Street, Suite 4300
Houston, Texas 77002
(713) 877-5508
(713) 626-1388 (Fax)
*Attorney for Appellee*
Texas Municipal Power Agency
*via electronic service*

/s/ Robert A. Swearingen
ROBERT A. SWEARINGEN

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Swearingen Law Firm - Legal Secretary on behalf of Robert Swearingen
Bar No. 19563050
robert@swearingenlaw.com
Envelope ID: 96637915
Filing Code Description: Motion
Filing Description: Unopposed Second Motion for Extension of Time to File Appellants' Reply Brief
Status as of 1/27/2025 2:24 PM CST

Associated Case Party: Texas Municipal Power Agency

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Sarah Strickland | | SARAH.STRICKLAND@PHELPS.COM | 1/27/2025 2:14:16 PM | SENT |
| Nichole Impastato | | nichole.impastato@phelps.com | 1/27/2025 2:14:16 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert A.Swearingen | | robert@swearingenlaw.com | 1/27/2025 2:14:16 PM | SENT |
| Byron Thompson | | byron@swearingenlaw.com | 1/27/2025 2:14:16 PM | SENT |
| Frederick Junkin | | fred.junkin@phelps.com | 1/27/2025 2:14:16 PM | SENT |